1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CION PERALTA,

11              Plaintiff,                    No. CIV S-09-3228 FCD GGH P

12         vs.

13    MICHAEL MARTEL, et al.,

14              Defendants.                   ORDER

15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On February 1, 2011, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff

22    has filed objections to the findings and recommendations.

23         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24    304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25    entire file, the court finds the findings and recommendations to be supported by the record and

26    by proper analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2011, are adopted;

2. Defendants' motions (Docket Nos. #15 and #19) are granted,[1] and plaintiff's in forma pauperis status is revoked;

3. Within 28 days of service of this order, plaintiff shall pay the requisite filing fees or this case will be dismissed.

DATED: February 24, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1]    Defendants' motions with respect to plaintiff's IFP status are granted.  The F&Rs did not address the underlying merits of plaintiff's case.  As such, the action is not dismissed unless plaintiff fails to pay the requisite filing fee within the allotted time.